

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,937-01

### EX PARTE MARKAILON ADRELL DAILEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W13-45287-L(A) IN THE DISTRICT COURT No. 5
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted of murder and sentenced to fifty-five years' imprisonment. Through habeas counsel, Applicant filed in the county of conviction an application for a writ of habeas corpus and an amended application for a writ of habeas corpus. The district clerk forwarded the habeas applications to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07; TEX. R. APP. P. 73.4(b)(5).

The trial court had entered an Order Designating Issues. There are no findings in the habeas record forwarded to this Court resolving the disputed factual issues. The applications are remanded to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* Tex. R. App. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: August 24, 2022
Do not publish